■ In the Matter of AGUSTIN ALAMO, Appellant, v ROBERT S. BLACK et al., Constituting the Board of Elections of the City of New York, Respondents, and DENISE COLLINS et al., Respondents.—Judgment, Supreme Court, Bronx County, entered on August 22, 1980, unanimously reversed, on the law, without costs and without disbursements, and the designating petition reinstated. We are of the opinion that the petition is substantially in the form set forth in the statute. Accordingly, the statute has been substantially complied with. Concur—Kupferman, J. P., Markewich, Silverman and Bloom, JJ.